Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, and GRONER, Associate Justices.

PER CURIAM.

This case was argued and submitted together with Cafritz Construction Co. v. Robert Mudrick and Fredy Mudrick, 61 App. D. C. 189, 59 F.(2d) 864, and involves the same issue this day decided by us therein. Consistently with our decision in that case, the judgment of the lower court herein is reversed with costs, and this cause is remanded for further proceedings not inconsistent herewith.

ROBB, Associate Justice, dissents.

Walter S. HUTCHINS, Appellant, v. Harry WARDMAN, Thomas P. Bones, and James D. Hobbs, Appellees.

No. 5490.

Court of Appeals of the District of Columbia.

Argued April 11, 1932.
Decided May 31, 1932.

Motion for Rehearing Denied June 10, 1932.

Chas. H. Merillat, of Washington, D. C., for appellant.

Daniel Thew Wright and Philip Ershler, both of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, and GRONER, Associate Justices.

PER CURIAM.

This case was argued and submitted together with Cafritz Construction Co. v. Robert Mudrick and Fredy Mudrick, 61 App. D. C. 189, 59 F.(2d) 864, and involves the same issue this day decided by us therein. Consistently with our decision in that case the judgment of the lower court herein is reversed with costs, and this cause is remanded for further proceedings not inconsistent herewith.

ROBB, Associate Justice, dissents.

COLSTON v. BURNET, Commissioner of Internal Revenue.

No. 5489.

Court of Appeals of the District of Columbia.

Argued May 5, 1932.
Decided May 31, 1932.

